IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONNIE LaMONTE LISTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-10-180-W |
| ) | |
| JUSTIN JONES, Director, ) | |
| ) | |
| Respondent. ) | |

## **REPORT AND RECOMMENDATION**

The Petitioner has paid the $5.00 filing fee and moved for leave to proceed *in forma pauperis*. The motion for pauper status is moot in light of Mr. Lister's payment of the filing fee in full. Accordingly, the motion for pauper status should be stricken on grounds of mootness.

The Petitioner is advised of his right to object to this report and recommendation by March 15, 2010. *See* Fed. R. Civ. P. 6(d), 72(b)(2); 28 U.S.C. § 636(b)(1). If the Petitioner does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma. The Petitioner is further advised that if he does not timely object, he would waive his right to appellate review over a denial of pauper status in the district court. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 26th day of February, 2010.

Robert E. Bacharach
United States Magistrate Judge