IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
MAR 17 2010
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

RONNIE LaMONTE LISTER, )
)
    Petitioner, )
)
vs. ) No. CIV-10-180-W
)
JUSTIN JONES, Director, )
)
    Respondent. )

## ORDER

On February 26, 2010, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended that the Motion for Leave to Proceed In Forma Pauperis filed by petitioner Ronnie LaMonte Lister be denied as moot since Lister had paid the filing fee of $5.00. Lister was advised of his right to object to the Report and Recommendation, but he has filed no objections within the allotted time.

The record indicates that the Clerk of the Court received the $5.00 filing fee from Lister on February 23, 2010, and the Court concurs with Magistrate Judge Bacharach's finding that Lister's payment of the filing fee in full moots Lister's written request to proceed without prepayment of fees and costs.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 6] issued on February 26, 2010; and

(2) deems MOOT Lister's Motion for Leave to Proceed In Forma Pauperis [Doc. 2] file-stamped February 23, 2010.

ENTERED this 17th day of March, 2010.

LEE R. WEST
UNITED STATES DISTRICT JUDGE